UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARAMORE SQUARE, LLC,

                Plaintiff,

        v.

MT HAWLEY INSURANCE COMPANY,

                Defendant.

No. 24-CV-3131 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 26, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan to the Court no later than May 31, 2024. *See* Dkt. 27. To date, no letter or case management plan has been filed. The parties shall submit their joint letter and proposed case management plan no later than tomorrow, June 5, 2024.

SO ORDERED.

Dated:    June 4, 2024
             New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge