UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARAMORE SQUARE, LLC,

                    Plaintiff,

          v.

MT HAWLEY INSURANCE COMPANY,

                    Defendant.

No.  24-CV-3131 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 26, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan to the Court no later than May 31, 2024. *See* Dkt. 27. The parties did not do so, and on June 4, 2024, the Court ordered the parties to submit their joint letter and proposed case management plan by June 5, 2024. *See* Dkt. 28. To date, no letter or case management plan has been filed.

The initial status conference scheduled for June 7, 2024 is thus hereby adjourned to June 21, 2024 at 10:30 a.m. (Dial-in Number: (888) 363-4749; Access Code: 1015508#). The parties shall submit their joint letter and proposed case management plan no later than June 14, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 6, 2024
           New York, New York

                              Hon. Ronnie Abrams
                              United States District Judge