UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARAMORE SQUARE, LLC,

              Plaintiff,

        v.

MT HAWLEY INSURANCE COMPANY,

              Defendant.

No.  24-CV-3131 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The initial status conference scheduled for July 19, 2024 is hereby adjourned to July 25, 2024

at 1:00 p.m. (Dial-in Number: (888) 363-4749; Access Code: 1015508#).

SO ORDERED.

Dated:    July 19, 2024
          New York, New York

                            Hon. Ronnie Abrams
                            United States District Judge