UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARAMORE SQUARE, LLC,

               Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

               Defendant.

24-CV-3131 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    At the initial status conference held on July 25, 2024, the Court ordered the parties to submit a joint letter no later than August 2, 2024 proposing next steps in this matter, including whether the parties were interested in a referral to Magistrate Judge Parker for a settlement conference. To date, the parties have not yet filed a joint letter.

    The parties shall submit their joint letter no later than August 19, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 12, 2024
            New York, New York

                                                       _____
                                                       Ronnie Abrams
                                                       United States District Judge