UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

TARAMORE SQUARE, LLC,

                   Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                   Defendant.

POST-CONFERENCE ORDER

24-CV-3131 (RA)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties appeared before the undersigned judge for a Case Management Conference on November 26, 2024. As discussed during the conference, Plaintiff shall provide responses to Defendant's Rule 34 Requests for Production and Rule 33 Interrogatories along with responsive materials and information **by December 16, 2024**. In the event Plaintiff fails to comply, Defendant may file a Motion to Compel under Rule 37 of the Federal Rules of Civil Procedure **by January 3, 2025**. Plaintiff's response will be due on **January 17, 2025**. Defendant's reply will be due on **January 24, 2025**.

      SO ORDERED.

Dated:  November 26, 2024
           New York, New York

                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge